JS6

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       Telephone: (510) 970-4836
       Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OLIVIER JAVIER RECARTE,<br><br>              Plaintiff,<br><br>       vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. 2:26-cv-02339-AGR<br><br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further

JUDGMENT OF REMAND                    Page 1

Proceedings Pursuant to Sentence Six of 42 U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 4, 2026

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

JUDGMENT OF REMAND                    Page 2